UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 14 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MANUEL GOMEZ-MARTINEZ,<br><br>            Defendant. | CASE NO. 11CR5232-IEG<br><br>**JUDGMENT OF DISMISSAL** |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8 USC 1326(a) and (b)

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/13/2012

_____
Irma E. Gonzalez
U.S. District Judge